UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Christopher A. Sikes, Joel A. Barnes,** | : | |
| **Adam Corcoran, Joshua M. Kirk,** | : | **Civil Action No.:** |
| **Michael J. Maser and Jason R. Sprouse,** | : | **3:14-cv-00502 (RNC)** |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Northeast Lightning Protection, LLC,** | : | |
| **James G. Barnard and John L. Barnard, Jr.** | : | **June 2, 2015** |
| | : | |
| **Defendants** | : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and Local Rule 41(b), Plaintiffs Christopher A. Sikes, Joel A. Barnes, Adam Corcoran, Joshua M. Kirk, Michael J. Maser and Jason R. Sprouse, together with Defendants Northeast Lightning Protection, LLC, James G. Barnard and John L. Barnard, Jr., Inc., upon agreement, hereby jointly stipulate to the dismissal with prejudice of this action.  All parties shall bear their own costs, expenses, and attorneys' fees, except as may expressly and specifically be agreed to by the parties.

Defendants                                                                                    Plaintiffs

By:_____/S/_____                          By:_____/S/_____
Paul S. Tagatac – ct. 08548                                        William G. Madsen – ct. 09853
Michelson, Kane, Royster & Barger, P.C.              Madsen, Prestley & Parenteau, LLC
10 Columbus Boulevard                                           402 Asylum Street
Hartford, Connecticut 06106                                    Hartford, Connecticut 06103
Telephone:     860-522-1243                                    Telephone:     860-246-2466
Facsimile:      860-548-0194                                    Facsimile:      860-246-1794
Email: ptagatac@mkrb.com                                     Email: wmadsen@mppjustice.com

1

## CERTIFICATION OF SERVICE

I hereby certify that on the 2nd day of June, 2015 a copy of the foregoing Joint Stipulation of Dismissal was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

    /s/ William G. Madsen
    William G. Madsen